John G. Yslas (SBN 187324)
john.yslas@wilshirelawfirm.com
Jeffrey C. Bils (SBN 301629)
jeffrey.bils@wilshirelawfirm.com
Aram Boyadjian (SBN 334009)
aram.boyadjian@wilshirelawfirm.com
Andrew Sandoval (SBN 346996)
andrew.sandoval@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa St., Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

*[Additional counsel listed on Next Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR SANTOS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PICTSWEET COMPANY, a Delaware corporation; EXPRESS SERVICES, INC. DBA EXPRESS PROFESSIONAL SERVICES, a Colorado corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03181-AB-SSC<br><br>[*Assigned to the Hon. André Birotte Jr.*]<br><br>**JOINT NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE LITIGATION DEADLINES; [PROPOSED] ORDER**<br><br>Complaint filed: January 10, 2024<br>Trial date:   Not set |

**BRYAN CAVE LEIGHTON PAISNER LLP**
Christopher J. Archibald (SBN 253075)
1920 Main Street, Suite 1000
Irvine, CA 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email: christopher.archibald@bclplaw.com

**MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP**
Robert E. Boone III (SBN 132780)
Quincy J. Chuck (SBN 307857)
100 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104
Email: rboone@mabr.com
        qchuck@mabr.com

Attorneys for Defendant The Pictsweet Company

**ARENTFOX SCHIFF LLP**
Morgan Forsey (SBN 241207)
Brett D. Young (SBN 305657)
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
Email: Morgan.forsey@afslaw.com
        Brett.young@afslaw.com

Attorneys for Defendant Express Services, Inc. DBA Express Professional Services

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff Eleazar Santos ("Plaintiff") and Defendants The Pictsweet Company and Express Services, Inc., dba Express Professional Services ("Defendants") (collectively, the "Parties") by and through their respective counsel, have reached an individual settlement of the instant matter.

To preserve judicial resources and allow the Parties to focus their efforts on finalizing the settlement, the Parties jointly stipulate, and request that the Court vacate all litigation deadlines in this matter as well as the Class Certification Motion hearing date.

Respectfully submitted,

Dated: December 18, 2025        **WILSHIRE LAW FIRM**

By: /s/Aram Boyadjian
    John G. Yslas
    Jeffrey C. Bils
    Aram Boyadjian
    Andrew Sandoval

Attorneys for Plaintiff

Dated: December 18, 2025        **MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP**

By: /s/ Robert E. Boone
    Robert E. Boone III

Attorneys for Defendant
The Pictsweet Company

Date: December 18, 2025         **BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ Christopher Archibald
    Christopher J. Archibald

Attorneys for Defendant

The Pictsweet Company

Dated: December 18, 2025              **ARENTFOX SCHIFF LLP**

By: /s/ Morgan Forsey
    Morgan Forsey
    Brett D. Young

Attorneys for Defendant
Express Services, Inc

    The filer attests that the signatories listed above concur in the content of this document and have authorized its filing.