1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  ELEAZAR SANTOS, individually, and      Case No. 2:25-cv-03181-AB-SSC
    on behalf of all others similarly situated,
11                                          [PROPOSED] ORDER
                          Plaintiffs,
12
13          v.

14  THE PICTSWEET COMPANY, a
    Delaware corporation; EXPRESS
15  SERVICES, INC. DBA EXPRESS
    PROFESSIONAL SERVICES, a
16  Colorado corporation; and DOES 1
    through 10, inclusive,
17
                          Defendant.
18
19
20
21
22
23
24
25
26
27
28

                                    1

1

## [PROPOSED] ORDER

2

3      Pursuant to the Parties' Joint Notice of Settlement and Stipulation to Vacate

4   Litigation Deadlines, and good cause appearing, it is HEREBY ORDERED THAT:

5      1.      All litigation deadlines are vacated, including the Class Certification

6              Motion filing deadline; and

7      2.      The hearing on Plaintiff's Motion for Class Certification, currently set for

8              March 20, 2026, is vacated.

9

10     **IT IS SO ORDERED.**

11

12   Dated: December 22, 2025        _____

13                                   HON. ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28