JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR SANTOS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PICTSWEET COMPANY, a Delaware corporation; EXPRESS SERVICES, INC. DBA EXPRESS PROFESSIONAL SERVICES, a Colorado corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03181-AB-SSC<br><br>**~~[PROPOSED]~~ ORDER REGARDING STIPULATION OF DISMISSAL** |

The Court, having reviewed and considered the Parties' Stipulation of Dismissal ("Stipulation"), and good cause appearing therefore, hereby **GRANTS** the Stipulation.

IT IS HEREBY ORDERED THAT:

1. As to plaintiff ELEAZAR SANTOS, dismissing WITH PREJUDICE, plaintiff's individual claims alleged in this action, each party to bear its own costs and attorneys' fees.
2. As to any other putative class member, dismissing WITHOUT PREJUDICE, plaintiff's class claims alleged in this action, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 2, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE